# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jorge Luis Nunez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-02009-DUTY<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Friday, October 7,_____, __2016_____, at __8:45____ ☒ a.m. / ☐ p.m. before the Honorable __SHERI PYM_____, in Courtroom __4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __October 5, 2016_____     __SHERI PYM__  [signature]
                                         U.S. Magistrate Judge